# United States Court of Appeals for the Fifth Circuit

———————

No. 24-10270
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

May 27, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JAMES PEABODY,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-193-3

———————————————————————

Before JOLLY, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

James Peabody appeals his conviction for conspiracy to commit wire fraud. He contends that trial counsel provided ineffective assistance by openly chastising Peabody in a court filing and that trial counsel, by publicly shaming Peabody in this way, effectively abandoned him during a critical stage of the proceeding.

———————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10270

The record in this case is not sufficiently developed to allow us to make a fair evaluation on direct appeal of Peabody's claims of ineffective assistance of trial counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). The judgment of the district court is AFFIRMED. The Government's motion to dismiss the appeal is DENIED.